Rockingham, }
  Oct. 1, 1907. }

## RAND *v.* ANDERSON.

BILL IN EQUITY. Transferred from the April term, 1907, of the superior court by *Stone,* J., upon an agreed statement of facts.

*John G. Crawford,* for the plaintiff.

*Burnham, Brown, Jones & Warren,* for the defendant.

*Per Curiam.* The case is so ambiguous in its terms relating to the questions of law intended to be transferred, and so deficient in material facts relating to the only questions which it seems probable were intended, that no useful purpose can be served by further considering it.

*Case discharged.*

Strafford, }
  Dec. 3, 1907. }

## STRAFFORD COUNTY *v.* DOVER.

ASSUMPSIT. Facts agreed. Transferred from the February term, 1907, of the superior court by *Wallace,* C. J. The county seeks to recover the sum of $496 as money paid out for board of prisoners sentenced to the county house of correction from the Dover police court, upon complaints charging offences under section 21, chapter 264, Public Statutes, none of which was for drunkenness.

*Dwight Hall,* solicitor, for the plaintiffs.

*George T. Hughes,* for the defendants.

BINGHAM, J. The questions of law upon which the rights of the parties to this controversy depend cannot be properly considered upon the facts contained in the agreed case; and until the facts involved in the questions are fully and clearly presented, it is not deemed advisable to consider them. *Dame* v. *Woods,* 73 N. H. 391, 392.

*Case discharged.*

All concurred.